# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CALIFORNIANS FOR ALTERNATIVES TO TOXICS**, <br><br> Plaintiff, <br><br> vs. <br><br> **KERNEN CONSTRUCTION CO., ET AL.**, <br><br> Defendants. | Case No.: 20-CV-01348- YGR <br><br> **ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR DISCOVERY** |

Pursuant to Local Rule 72-1 this matter is **REFERRED** to Magistrate Judge Robert Illman for all discovery matters including any outstanding matters referenced in Docket No. 43. Hereafter, all further discovery matters shall be filed pursuant to the assigned Magistrate Judge's procedures.

The compliance hearing scheduled for the Friday, November 6, 2020 is vacated in light of the parties' filing.

**IT IS SO ORDERED**.

Dated: November 3, 2020

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

cc: MagRef Email; Magistrate Judge Robert Illman