ANDREW L. PACKARD (State Bar No. 168690)
WILLIAM N. CARLON (State Bar No. 305739)
Law Offices of Andrew L. Packard
245 Kentucky Street, Suite B3
Petaluma, CA 94952
Tel: (707) 782-4060
Fax: (707) 782-4062
E-mail: andrew@packardlawoffices.com
   wncarlon@packardlawoffices.com

Counsel for Plaintiff
CALIFORNIANS FOR ALTERNATIVES TO TOXICS

ALLISON G. JACKSON (State Bar No. 157078)
Harland Law Firm LLP
212 G Street, Suite 201
Eureka, CA 95501
Tel: (707) 444-9281
Fax: (707) 445-2961
Email: ajackson@harlandlaw.com

Attorneys for Defendants
KERNEN CONST. CO.; BEDROCK INVESTMENTS LLC;
SCOTT FARLEY; and KURT KERNEN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIANS FOR ALTERNATIVES TO TOXICS, <br><br> Plaintiff, <br><br> v. <br><br> KERNEN CONSTRUCTION CO., BEDROCK INVESTMENTS LLC, SCOTT FARLEY, and KURT KERNEN, <br><br> Defendants. | Case No.: 4:20-cv-01348-YGR <br><br> ORDER GRANTING STIPULATION TO FILE UNDER SEAL CERTAIN FINANCIAL RECORDS <br><br> Honorable Yvonne Gonzalez Rogers <br><br> Trial Date: TBD <br><br> Action Filed: February 21, 2020 |

1    **WHEREAS**, the Court has entered a Protective Order in this action and Defendants have
2    marked certain records as Confidential pursuant to that Protective Order ("Protected Material").
3    **WHEREAS**, Plaintiff seeks to refer in a principal brief in this action to the content of
4    certain of these records and attach true and correct copies of these records to a supporting
5    declaration.
6    **WHEREAS**, the Protective Order, provides that "[w]ithout written permission from the
7    Designating Party or a court order secured after appropriate notice to all interested persons, a
8    Party may not file in the public record in this action any Protected Material." (Protective Order
9    §12.3).
10   **WHEREAS**, the Protective Order further provides that "Civil Local Rule 79.5 sets forth
11   the procedures that must be followed and the standards that will be applied when a party seeks
12   permission from the court to file material under seal." (Protective Order §1).
13   **WHEREAS**, while the burden is on the Designating Party to establish that such
14   documents are properly filed under seal, Plaintiff does not object to the documents being filed
15   under seal.
16   **WHEREAS**, Plaintiff seeks to have certain documents and a portion of the principal
17   brief filed under seal solely because the documents have been designated certain records as
18   confidential pursuant to the Protective Order submitted in this case. Accordingly, as directed by
19   Local Rule 79.5, the Declaration of William N. Carlon identifies the documents sought to be
20   sealed: the portion of a declaration attaching as exhibits records produced by Defendants bearing
21   Bates Numbers [4, 13,32,51-52, 155, 159, 164-167, 744-746] as well as the page of the principal
22   brief which refers to the information contained in those records. The Declaration specifies that
23   these records were designated as confidential by Defendants.
24   **WHEREAS**, pursuant to Local Rule 79.5(d)(1)(A), Defendants submit the Declaration
25   of Allison G. Jackson establishing that all of the designated material is sealable.
26   **THEREFORE, IT IS HEREBY STIPULATED** that Exhibits A to J to the Declaration
27   of William N. Carlon In Support of Plaintiff's Penalties Briefing, and that pages 8:20-9:20 of
28   Plaintiff's Penalties Briefing, shall be filed under seal.

Respectfully submitted,

DATED: December 10, 2020          LAW OFFICES OF ANDREW L. PACKARD

By:   /s/William N. Carlon
     William N. Carlon
     Attorneys for Plaintiff
     CALIFORNIANS FOR
     ALTERNATIVES TO TOXICS

DATED: December 10, 2020          HARLAND LAW FIRM LLP

By:   /s/Allison G. Jackson
     Allison G. Jackson
     Attorneys for Defendants
     KERNEN CONSTRUCTION CO.,
     BEDROCK INVESTMENTS LLC,
     SCOTT FARLEY, and KURT KERNEN

**ORDER ON STIPULATION**

**(Local Rule 7-12)**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: December 10, 2020

                          Yvonne Gonzalez Rogers
                          United States District Judge

**ATTESTATION FOR E-FILING**

I hereby attest pursuant to Civil L.R. 5-1(i)(3) that I have obtained concurrence in the filing of this document from the other Signatory prior to filing.

DATED: December 10, 2020 By: /s/ William N. Carlon