# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CALIFORNIANS FOR ALTERNATIVES TO TOXICS,**<br><br>Plaintiff,<br><br>v.<br><br>**KERNEN CONSTRUCTION CO., ET AL.,**<br><br>Defendants. | CASE NO. 4:20-cv-01348 YGR<br><br>**JUDGMENT** |

Pursuant to its orders awarding civil penalties to plaintiff, Docket No. 58, and entering a permanent injunction, Docket No. 60, the Court orders, adjudges, and decrees that judgment be entered in favor of plaintiff and against defendants. The Clerk of Court shall enter judgment and close the matter.

**IT IS SO ORDERED.**

Dated: September 20, 2021

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**