Allison G. Jackson, State Bar No. 157078
John S, Lopez, State Bar No. 149291
HARLAND LAW FIRM LLP
622 H Street
Eureka, California 95501
(707) 444-9281 telephone
(707) 445-2961 facsimile

Attorneys for Defendants
KERNEN CONSTRUCTION CO.,
BEDROCK INVESTMENTS LLC,
SCOTT FARLEY and KURT KERNEN

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIANS FOR ALTERNATIVES TO TOXICS,<br><br>Plaintiff,<br><br>v.<br><br>KERNEN CONSTRCUTION CO.; BEDROCK INVESTMENTS LLC; SCOTT FARLEY; and KURT KERNEN,<br><br>Defendants.<br>_____ / | Case No.  4:20-cv-01348-YGR<br><br>DEFENDANTS' STATUS REPORT REGARDING PAYMENT OF CIVIL PENALTIES<br><br>The Hon. Yvonne Gonzalez Rogers, Judge |

On May 2, 2021, this Court set the civil penalties associated with Defendants' admissions in their Answer to liability to violations of the NPDES permit (Dkt. No. 58.) Prior to that Order, this Court was made aware of Defendants' precarious financial status in pleadings and declarations filed with this Court. On September 20, 2021, this Court issued the injunction in this matter (Dkt. No. 60).

On January 18, 2022, Plaintiff sent this Court a request asking it to impose a date for the civil penalties to be paid to the Federal Government (Dkt. No. 88-89). Prior to that letter being sent to the court, Defendants had discussed with the Department of Justice the potential of a payment plan and a negotiated penalty amount.

On March 21, 2022, this Court issued a date for compliance of the payment of the civil penalty to the government as requested by Plaintiff (Dkt. No. 90).

After the compliance date was set by this Court as requested by Plaintiff, the attorney for the Department of Justice, whom Defendants had reached out to earlier, informed Defendants that unless and until this Court found Defendants in default of the payment, they were unable to adjust the amount of the civil penalty nor set up any payment plan for civil penalties.

Defendants are still unable to pay the amount in this Court's order as discussed in earlier pleadings to this Court and are therefore unable to pay that amount on the date set by the Court, which is April 20, 2022. Defendants respectfully request that the Court find that they are in default of the Court's order regarding the amount and date set for payment so that Defendants can then enter into discussions regarding a payment plan and amount regarding the civil penalties.

DATED: April 20, 2022                    Respectfully Submitted,

                                         HARLAND LAW FIRM LLP


                                         /s/ Allison G. Jackson
                                         Allison G. Jackson
                                         Attorneys for Defendants KERNEN
                                         CONSTRCUTION CO.; BEDROCK
                                         INVESTMENTS LLC; SCOTT FARLEY; and
                                         KURT KERNEN