# ABSTRACT OF JUDGMENT

## Notice

Pursuant to Title 28, United States Code, Section 3201, this judgment, upon the filing of this abstract in the manner in which a notice of tax lien would be filed under paragraphs (1) and (2) of 26 U.S.C. § 6323 (f), creates a lien on all real property of the defendant(s) and has priority over all other liens or encumbrances which are perfected later in time. The lien created by this section is effective, unless satisfied, for a period of 20 years and may be renewed by filing a notice of renewal. If such notice of renewal is filed before the expiration of the 20 year period to prevent the expiration of the lien and the court approves the renewal, the lien shall relate back to the date the judgment is filed.

Court Name:  United States District Court
             Northern District of California
Court Number: C 20-01348 YGR
County:       Humboldt County

| JUDGEMENT DEBTORS(S): Names of Party against whom judgments have been filed | JUDGMENT CREDITOR: Name of Parties in whom favor judgments have been obtained |
|---|---|
| BEDROCK INVESTMENTS LLC | UNITED STATES OF AMERICA |
| Social Security No.:  ***-**-726<br>Driver's License No. and State:  (Unknown) | |

| Amount of Judgment | Names of Creditor's Attorneys | When Docketed |
|---|---|---|
| $2,087,750.00<br>Plus costs and interest | United States of America<br>c/o U.S. Attorney's Office<br>450 Golden Gate Avenue<br>P.O. Box 36055<br>San Francisco, CA 94102<br>Attn: Financial Litigation Program<br>(415) 436-6970 | Judgment Entered or Registered:<br><br>May 2, 2021 |

I Certify that the foregoing is a true and correct abstract of the judgment entered or registered by this Court.

Mark B. Busby
Clerk of the Court
United States District Court
Northern District of California

By:  _____
     Deputy Clerk

Date Issued:  _____