ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, address, and State Bar number):*
After recording, return to:
William N. Carlon (CSB #305739)
245 Kentucky Street, Suite B3
Petaluma, California

TEL NO.: 707-782-4060  FAX NO. (optional):

E-MAIL ADDRESS (Optional):

[X] ATTORNEY  [X] JUDGMENT  [ ] ASSIGNEE
    FOR           CREDITOR      OF RECORD

UNITED STATES DISTRICT COURT  NORTHERN CALIFORNIA
STREET ADDRESS: 1301 Clay Street, No. 400s
MAILING ADDRESS: 1301 Clay Street, No. 400s
CITY AND ZIP CODE: Oakland, California
BRANCH NAME: Oakland

FOR RECORDER'S USE ONLY

PLAINTIFF: Californians for Alternative to Toxics
DEFENDANT: Kernen Construction Co., et al.,

CASE NUMBER:
4:20-cv-01348-YGR

**ABSTRACT OF JUDGMENT—CIVIL**
**AND SMALL CLAIMS**          [ ] Amended

FOR COURT USE ONLY

1. The [X] judgment creditor  [ ] assignee of record
   applies for an abstract of judgment and represents the following:
   a.  Judgment debtor's
              Name and last known address

      Kernen Construction Co., a Calif Ptnshp
      P.O. Box 1340
      Blue Lake, CA 95525

   b.  Driver's license no. [last 4 digits] and state:  [ ] Unknown
   c.  Social security no. [last 4 digits]:              [ ] Unknown
   d.  Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address):*

      2350 Glendale Dr., McKinleyville, CA  95519

2. [X] Information on additional judgment debtors is
       shown on page 2.
3. Judgment creditor *(name and address):*
   Californians For Alternatives to
   Toxics; 600 F. Street. Ste.3 #911
   Arcata. CA  95521
   Date: 6/15/22
   William N. Carlon
   (TYPE OR PRINT NAME)

4. [ ] Information on additional judgment creditors is
       shown on page 2.
5. [ ] Original abstract recorded in this county:
   a.  Date:
   b.  Instrument No.:

   ▶ *(SIGNATURE OF APPLICANT OR ATTORNEY)*

6.  Total amount of judgment as entered or last renewed:
    $ 291,975.99

7.  All judgment creditors and debtors are listed on this abstract.

8.  a.  Judgment entered on *(date):* March 21, 2022
    b.  Renewal entered on *(date):*

9.  [ ] This judgment is an installment judgment.

[SEAL]

I hereby certify that the annexed
instrument is a true and correct copy
of the original on file in my office.
ATTEST:
MARK B. BUSBY
Clerk, U.S. District Court
Northern District of California
Hilary Jackson
BY: 6/16/22
Date:

This abstract issued on *(date):*
6/16/2022

10. [ ] An  [ ] execution lien  [ ] attachment lien
       is endorsed on the judgment as follows:
    a.  Amount: $
    b.  In favor of *(name and address):*

11. A stay of enforcement has
    a.  [X] not been ordered by the court.
    b.  [ ] been ordered by the court effective until
            *(date):*

12. a.  [X] I certify that this is a true and correct abstract of
            the judgment entered in this action.
    b.  [ ] A certified copy of the judgment is attached.

    Clerk, by  Hilary Jackson                     , Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. July 1, 2014]
**ABSTRACT OF JUDGMENT—CIVIL**
**AND SMALL CLAIMS**
CEB
www.ceb.com
Page 1 of 2
Code of Civil Procedure, §§ 488.480,
674, 700.190

| PLAINTIFF: Californians for Alternative to Toxics<br>DEFENDANT: Kernen Construction Co., et al., | COURT CASE NO.:<br>4:20-cv-01348-YGR |
|---|---|

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address):*

14. Judgment creditor *(name and address):*

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16. _____    Name and last known address

Bedrock Investments, LLC
P. O. Box 384
Blue Lake, CA 95525

Driver's license no. [last 4 digits] and state:
☐ Unknown

Social security no. [last 4 digits]: ☐ Unknown

Summons was personally served at or mailed to *(address):*
2350 Glendale Dr., McKinleyvill,
CA 95519

17. _____    Name and last known address

Kurt Kernen
801 Liscom Hill Road
McKinleyville, CA 95519

Driver's license no. [last 4 digits] and state:
☐ Unknown

Social security no. [last 4 digits]: 6818 ☐ Unknown

Summons was personally served at or mailed to *(address):*
2350 Glendale Dr., McKinleyville,
CA  95519

18. _____    Name and last known address

Norman Scott Farley
P.O. Box 1163
Blue Lake, CA 95525

Driver's license no. [last 4 digits] and state:
☐ Unknown

Social security no. [last 4 digits]: 3109 ☐ Unknown

Summons was personally served at or mailed to *(address):*
2350 Glendale Dr., McKinleyville
CA 95519

19. _____    Name and last known address

Driver's license no. [last 4 digits] and state:
☐ Unknown

Social security no. [last 4 digits]: ☐ Unknown

Summons was personally served at or mailed to *(address):*

20. ☐ Continued on Attachment 20.