EJ-001

**ATTORNEY OR PARTY WITHOUT ATTORNEY** (Name, address, and State Bar number):
After recording, return to:
Shining J. Hsu (CABN 317917)
450 Golden Gate Ave, Box 36055
San Francisco, CA 94102-3495

TEL NO.: 415-436-7022   FAX NO. (optional): 415-436-6570
E-MAIL ADDRESS (Optional): Shining.Hsu@usdoj.gov

[X] ATTORNEY FOR   [X] JUDGMENT CREDITOR   [ ] ASSIGNEE OF RECORD

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** US District Court
STREET ADDRESS: USDC NDCA
MAILING ADDRESS: 1301 Clay St
CITY AND ZIP CODE: Oakland, CA 94612
BRANCH NAME: NDCA - Oakland

PLAINTIFF: California for Alternative to Toxics
DEFENDANT: Kernen Construction Co, et al

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**   [ ] Amended

CASE NUMBER: 20cv01348-YGR

1. The [X] judgment creditor [ ] assignee of record applies for an abstract of judgment and represents the following:
   a. Judgment debtor's Name and last known address
   
   Scott Farley aka Norman Scott Farley
   150 Trinity Mdws
   Trinity Center, CA 96091

   This lien is valid for 20 years from its recording date, subject to one 20 year renewal period: 28 U.S.C. Sec 3201

   b. Driver's license no. [last 4 digits] and state:   [X] Unknown
   c. Social security no. [last 4 digits]: 3109   [ ] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to (name and address):

2. [ ] Information on additional judgment debtors is shown on page 2.
3. Judgment creditor (name and address):
   United States of America
   1301 Clay Street
   Oakland, CA 94612

   Date: 6/29/2022
   Shining J. Hsu
   (TYPE OR PRINT NAME)

4. [ ] Information on additional judgment creditors is shown on page 2.
5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

   (SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed: $ 2,087,750.00
7. All judgment creditors and debtors are listed on this abstract.
8. a. Judgment entered on (date): May 2, 2021
   b. Renewal entered on (date):
9. [ ] This judgment is an installment judgment.

10. [ ] An [ ] execution lien [ ] attachment lien is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of (name and address):

11. A stay of enforcement has
    a. [X] not been ordered by the court.
    b. [ ] been ordered by the court effective until (date):

12. a. [X] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.

[SEAL]
I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST:
MARK B. BUSBY
Clerk, U.S. District Court
Northern District of California
by: Hilary Jackson
Date: 6/30/22

This abstract issued on (date): 6/30/22

Clerk, by Hilary Jackson, Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. July 1, 2014]

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**

Page 1 of 2
Code of Civil Procedure, §§ 488.480, 674, 700.190