Allison G. Jackson, State Bar No. 157078
John S, Lopez, State Bar No. 149291
HARLAND LAW FIRM LLP
622 H Street
Eureka, California 95501
(707) 444-9281 telephone
(707) 445-2961 facsimile

Attorneys for Defendants
KERNEN CONSTRUCTION CO.,
BEDROCK INVESTMENTS LLC,
SCOTT FARLEY and KURT KERNEN

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIANS FOR ALTERNATIVES TO TOXICS,<br><br>Plaintiff,<br><br>v.<br><br>KERNEN CONSTRCUTION CO.;<br>BEDROCK INVESTMENTS LLC; SCOTT FARLEY; and KURT KERNEN,<br><br>Defendants.<br>_____/ | Case No. 4:20-cv-01348-YGR<br><br>DECLARATION OF ALLISON JACKSON RE: OPPOSITION TO MOTION FOR FEES AND COSTS<br><br>Date:      November 3, 2022<br>Time:      9:30 a.m.<br>Location:  (Zoom Webinar)<br>Hon. Magistrate Judge Laura Beeler |

1. I am the attorney of record for Defendants in the above captioned matter. If called as a witness, I could testify concerning the following.

2. The plaintiffs have submitted a creditor claim for contingent attorney fees to collect previously imposed fees.

3. The defendants previously produced to plaintiffs the names of all bank accounts they have had over the last ten years during the penalty phase.

4. As Defendants were a trying to negotiate a payment plan with the federal government for penalties, Plaintiffs counsel levied on all past and present bank accounts of Defendants. All accounts netted Plaintiff's counsel approximately $16,000 and Defendants have made clear to the Court and Plaintiff's counsel that they have been suffering financial difficulty

over the last few years. This has not been a secret and was central to both the 2017 matter and the 2020 matter.

5. Defendant has offered to pay the earlier full claim for fees to Plaintiff's counsel, with an an immediate payment of 100k, with the remainder divided over 3 months. This has not been accepted by Plaintiff's counsel.

6. Attached as Exhibit A is the list associated by Plaintiff's counsel, Defendants have highlighted the entries that it believes Plaintiff can reasonably ask this court to impose. Defendants have excluded redundant, and excessive billing for a creditor to claim. They have excluded multiple billings from numerous attorneys not reasonable or necessary for a debt collection matter that was no longer disputed.

I declare under penalty of perjury pursuant to the laws of the State of California and the United States that the foregoing is true and correct to the best of my knowledge, information, and belief, and that this declaration was executed on October 17, 2022, at Eureka, California.

   */s/ Allison G. Jackson*
Allison G. Jackson
Attorneys for Defendants KERNEN
CONSTRCUTION CO.; BEDROCK
INVESTMENTS LLC; SCOTT FARLEY; and
KURT KERNEN; SCOTT FARLEY; and KURT
KERNEN