|    | A. Timekeeper | B. Date   | C. Description                                                                                  | D. Hours |
|----|---------------|-----------|-------------------------------------------------------------------------------------------------|----------|
| 1  | AP            | 3/22/2022 | Review order awarding fees and confer w/ WC re: same                                            | 0.5      |
| 2  | AP            | 3/22/2022 | Draft letter to AJ re: fee order payment instructions                                           | 0.4      |
| 3  | WC            | 3/22/2022 | Confer w/AP re fee motion                                                                       | 0.1      |
| 4  | WC            | 3/22/2022 | Review fee order                                                                                | 0.5      |
| 5  | WLV           | 3/22/2022 | Review order                                                                                    | 0.4      |
| 6  | WC            | 4/7/2022  | Confer w/AP re kernen fee order                                                                 | 1.0      |
| 7  | BA            | 4/13/2022 | Research collection procedures in CAND, cases re collection of fees, penalties                  | 2.3      |
| 8  | BA            | 4/14/2022 | Research writ and debtors exam procedures                                                       | 1.5      |
| 9  | AP            | 4/18/2022 | Draft note to DOJ re: payment and response to same                                              | 0.2      |
| 10 | AP            | 4/19/2022 | TC w/ Steve Barnett re F&C order                                                                | 0.3      |
| 11 | AP            | 4/19/2022 | Draft note to client re: DOJ and penalty non-payment                                            | 0.5      |
| 12 | WLV           | 4/20/2022 | TC w/DOJ and AP                                                                                 | 0.4      |
| 13 | AP            | 4/20/2022 | TC w/ Steve Barnett @ DOJ and BV                                                                | 0.4      |
| 14 | AP            | 4/20/2022 | Draft Status Report re: F&C non-payment                                                         | 0.9      |
| 15 | DHW           | 4/20/2022 | Research collection and enforcement of judgment in fed court, email to co counsel re results of that research | 0.7 |
| 16 | WLV           | 4/20/2022 | Review memo                                                                                     | 0.2      |
| 17 | AP            | 4/21/2022 | Note to team re: non-filing of status report                                                    | 0.2      |
| 18 | AP            | 4/21/2022 | Review doc production for bank accounts to levy                                                 | 0.9      |
| 19 | WLV           | 4/21/2022 | Document Review                                                                                 | 0.5      |
| 20 | AP            | 4/25/2022 | Confer w/ atty team re: writ of attachment, abstract of judgment process, assignment of tasks   | 0.3      |
| 21 | DHW           | 4/25/2022 | Conf call with co counsel re collection                                                         | 0.3      |
| 22 | WLV           | 4/25/2022 | Call w/ co-counsel                                                                              | 0.3      |
| 23 | BA            | 4/26/2022 | Search contractors board for kernen entities                                                    | 0.2      |
| 24 | BA            | 4/26/2022 | Review contractors board bond requirements                                                      | 0.3      |
| 25 | AP            | 4/27/2022 | Review and address writ of attachment issues from email                                         | 0.3      |
| 26 | AP            | 4/27/2022 | Review Magistrate YGR's new order and confer w/ counsel re: next steps for amended J/M          | 0.4      |
| 27 | DHW           | 4/27/2022 | T/C from Justin court clerk instructing not to submit writ of exec for filing pending email from court | 0.1 |
| 28 | DHW           | 4/27/2022 | Review email directive from court re amending judgment re fees                                  | 0.1      |
| 29 | DHW           | 4/27/2022 | Visit to clerk of court on filing writ of execution (travel time omitted)                       | 0.3      |
| 30 | WLV           | 4/27/2022 | TC w/ US Marshall's Service                                                                     | 0.3      |
| 31 | WLV           | 4/27/2022 | TC w/co-counsel re lein                                                                         | 0.3      |
| 32 | WLV           | 4/27/2022 | Review and discuss email from court                                                             | 0.2      |
| 33 | AP            | 4/29/2022 | Edit stip and amended order and fwd to AJ for M&C purposes                                      | 0.3      |
| 34 | DHW           | 4/29/2022 | Review emails re stipulation from defendants re judgment in favor of government                 | 0.2      |
| 35 | DHW           | 5/2/2022  | Review emails with co counsel re responding to court                                            | 0.2      |
| 36 | AP            | 5/3/2022  | TC w/ S. Barnett AT DOJ re status of FLU demand letter, request for dates to discuss DOJ enforcement | 0.4  |
| 37 | AP            | 5/3/2022  | Review Def's proposed stip and requested amended j/m                                            | 0.4      |
| 38 | WC            | 5/3/2022  | Confer w/AP re collection of fees                                                               | 0.1      |
| 39 | AP            | 5/4/2022  | Review DOJ abstracts of j/m                                                                     | 0.2      |

| | | | | |
|---|---|---|---|---|
| 40 | AP | 5/4/2022 | Attend team call re next steps | 0.5 |
| 41 | BA | 5/4/2022 | Review and edit levy writ | 0.3 |
| 42 | DHW | 5/4/2022 | Review letter brief, discussion with co counsel re same | 0.5 |
| 43 | DHW | 5/4/2022 | Conf call with co counsel re responding to court | 0.3 |
| 44 | WC | 5/4/2022 | Confer w/AP re strategy to collect fees | 0.1 |
| 45 | WC | 5/4/2022 | Call with team re response to YGR and collection strategy | 0.4 |
| 46 | WC | 5/4/2022 | File letter brief and proposed writ of execution | 0.2 |
| 47 | WLV | 5/4/2022 | Review/discuss letter brief | 0.4 |
| 48 | DHW | 5/5/2022 | Email exchange with lic proc. Server Jim Reynolds on process of serving levy on writ of execution (1 hour written off) | 0.2 |
| 49 | AP | 5/6/2022 | Research Defendants' assets for writ of attachment/execution | 0.3 |
| 50 | DHW | 5/9/2022 | Exchange with Martin Horwitz lic. Proc. Server re service of bank levy on writ of execution | 0.2 |
| 51 | WC | 5/9/2022 | Draft memo to team re fees on enforcement | 0.6 |
| 52 | WLV | 5/9/2022 | Research Tri Counties Bank | 0.4 |
| 53 | WLV | 5/9/2022 | Review memo | 0.2 |
| 54 | DHW | 5/10/2022 | Coordinate with lic. Proc. Server | 0.1 |
| 55 | DHW | 5/10/2022 | Preparation of bank levy documents | 0.5 |
| 56 | DHW | 5/10/2022 | Research procedure for bank levy on fed court judgment (2.0 hours written off) | 1.4 |
| 57 | DHW | 5/11/2022 | Coordination with lic. Proc. Server; review and revision of levy documents | 0.3 |
| 58 | DHW | 5/12/2022 | Further coordination with lic. Proc. Server; review and revision of levy documents | 0.3 |
| 59 | AP | 5/13/2022 | Prep and attend conf call with FLU and Barnett | 0.6 |
| 60 | WC | 5/13/2022 | Confer w/DOJ re civil penalties and fees collection | 0.6 |
| 61 | WLV | 5/13/2022 | TC w/ DOJ | 0.6 |
| 62 | WC | 5/17/2022 | Confer w/AP and BV re collections issues | 0.1 |
| 63 | WLV | 5/17/2022 | TC w/ AP & DHW | 0.1 |
| 64 | DHW | 5/19/2022 | Email with lic. Proc server on status | 0.1 |
| 65 | WC | 5/19/2022 | Review status update re collection | 0.1 |
| 66 | DHW | 5/26/2022 | Email with lic. Proc server on status | 0.1 |
| 67 | AP | 6/3/2022 | Compile asset data re additional accounts to levy | 0.9 |
| 68 | DHW | 6/8/2022 | Email exchange with co counsel re collection efforts and the benefit of filing an abstract of judgment | 0.2 |
| 69 | DHW | 6/8/2022 | Discussion with lic proc server re serving additional levies and procedure - whether new process needs to be opened with US Marshal | 0.2 |
| 70 | DHW | 6/8/2022 | Email exchange with co counse re collection efforts and expected timing of response on bank levies | 0.2 |
| 71 | WLV | 6/8/2022 | Email exchange | 0.2 |
| 72 | DHW | 6/13/2022 | Review of Memo of Garnishee from TriCounties Bank indicating that Kernen has moved their accounts prior to levy as well as emails from lic. Proc. Server and emails with co counsel | 0.2 |
| 73 | WC | 6/13/2022 | Review correspondence with marshals and rps, and review other accounts | 0.6 |
| 74 | WLV | 6/13/2022 | Document review and email exchange w/ co-counsel | 0.4 |
| 75 | WC | 6/14/2022 | Review docs for info for abstract of judgment | 0.3 |

| # | Atty | Date | Description | Hours |
|---|---|---|---|---|
| 76 | WC | 6/14/2022 | Review/edit abstract of judgment | 0.2 |
| 77 | WLV | 6/14/2022 | Review docs for info for abstract of judgment | 0.2 |
| 78 | WC | 6/15/2022 | Finalize abstract of judgment and file | 0.6 |
| 79 | WC | 6/15/2022 | Confer w/BV re collections issues | 0.2 |
| 80 | WC | 6/15/2022 | File judgment lien with SOS | 0.2 |
| 81 | WLV | 6/15/2022 | TC /w WC | 0.2 |
| 82 | WC | 6/16/2022 | Review collection docs and draft email to team re same | 0.4 |
| 83 | WC | 6/16/2022 | Review abstract of judgment and research recordation of same in Humboldt and Trinity Cos | 0.6 |
| 84 | WC | 6/17/2022 | Draft letter and mail abstract of judgment to Trinity Co. Recorder | 0.2 |
| 85 | WLV | 6/17/2022 | Record abstract of judgment | 0.7 |
| 86 | AP | 6/23/2022 | Confer with BV, WC and BA re collection efforts and draft note to team re next steps | 0.2 |
| 87 | AP | 6/23/2022 | Vm to SB at DOJ re status of collection efforts | 0.2 |
| 88 | WC | 6/23/2022 | Confer w/AP re collections efforts | 0.2 |
| 89 | WLV | 6/23/2022 | TC w/ co-counsel re collection | 0.1 |
| 90 | AP | 6/24/2022 | Review DW research re writs of execution and levies and approve next steps | 0.4 |
| 91 | BA | 6/24/2022 | Research bank service statutes | 0.2 |
| 92 | DHW | 6/26/2022 | Email exchange with lic proc server | 0.1 |
| 93 | DHW | 6/26/2022 | Review and correct levy documents | 0.2 |
| 94 | DHW | 6/26/2022 | Email exchange with lic. Proc. Server re same | 0.1 |
| 95 | DHW | 6/27/2022 | Preparation of levy documents for levy on WFB, Umpqua, Central Coastal Credit Union, and CalTrans | 1.2 |
| 96 | WC | 6/28/2022 | Draft and send PRA requests to Caltrans, Humboldt, and Trinity re contracts | 0.7 |
| 97 | BA | 6/29/2022 | Research bank and property locations for defendants in various databases | 2.1 |
| 98 | AP | 6/30/2022 | Strategy meeting with BV, WC, DW and BA re ongoing collection efforts, DOJ actions | 0.4 |
| 99 | BA | 6/30/2022 | TC co-counsel re collection strategy | 0.4 |
| 100 | WC | 6/30/2022 | Confer w/AP, BA, DW, and BV re collection efforts | 0.4 |
| 101 | WC | 6/30/2022 | Research kernen construction permits | 0.5 |
| 102 | WLV | 6/30/2022 | TC w/ co-counsel | 0.4 |
| 103 | AP | 7/5/2022 | Research debtors' exams; draft notes to AJ requesting m&c re convenient exam dates | 0.3 |
| 104 | DHW | 7/5/2022 | Review emails re moving forward with debtor exam | 0.2 |
| 105 | DHW | 7/5/2022 | Review emails with co counsel re recent Kernen projects | 0.1 |
| 106 | WC | 7/5/2022 | Review UCC filings and confer w/AP re same | 1.4 |
| 107 | WC | 7/8/2022 | Confer w/AP re debtors' exam | 0.1 |
| 108 | AP | 7/12/2022 | Draft note to AJ re ex parte app for debtor's examination | 0.2 |
| 109 | WC | 7/13/2022 | Confer w/AP and BA re debtor's exam | 0.2 |
| 110 | BA | 7/13/2022 | TC WC AP re debtors exam | 0.2 |
| 111 | WC | 7/14/2022 | Review PRA request and confer w/County re same | 0.3 |
| 112 | WC | 7/14/2022 | Confer w/AP and BA re humboldt co contract | 0.1 |
| 113 | DHW | 7/15/2022 | Draft ex parte application for conducting debtors' exam and supporting declaration | 3 |

| # | Atty | Date | Description | Hours |
|---|------|------|-------------|-------|
| 114 | DHW | 7/15/2022 | Review and respond to emails with co counsel incorporating edits and discussing legal issues surrounding proc for obtaining exam | 1 |
| 115 | DHW | 7/15/2022 | T/C and emails from courtroom deputy clerk for Judge Gonzales Rogers and Judge Illman regaring procedure for filing and application for examination order. | 0.7 |
| 116 | DHW | 7/15/2022 | Reseach process for seeking debtors examination including review local rules and specifically LR7-10 and FRCP 69 re procedure to follow. | 2.3 |
| 117 | AP | 7/16/2022 | Proof and file ex parte app for debtors exam, and supporting attorney dec re same | 1.3 |
| 118 | AP | 7/16/2022 | File form orders with same and draft note to court submitting orders | 0.5 |
| 119 | DHW | 7/16/2022 | Review and revise draft of ex parte application for conducting debtors exam and supporting declaration | 2 |
| 120 | DHW | 7/20/2022 | Review email from l.p.s. confirming that documents have been received from US Marshal and service on banks can be completed within the next day or two | 0.2 |
| 121 | DHW | 7/21/2022 | Review email confirming service on WFB, Umpqua and Coast Central Credit Union | 0.1 |
| 122 | DHW | 7/22/2022 | Review proofs of service of levies on banks (second round); email exchange with licensed process server | 0.3 |
| 123 | AP | 7/25/2022 | Draft note to DOJ re debtors exams; draft note to AJ re exams on 9/12/22, offer to settle | 0.6 |
| 124 | AP | 7/25/2022 | Confer with DW re proposed orders for examinations | 0.2 |
| 125 | WC | 7/25/2022 | Confer w/AP re debtor's exam | 0.4 |
| 126 | AP | 7/27/2022 | Confer with process server re service of 4 orders for exams and file POS reflecting same | 0.9 |
| 127 | DHW | 7/28/2022 | Review invoices from service of levies on banks | 0.2 |
| 128 | AP | 7/29/2022 | Obtain executed POS, file with Court and serve courtesy copy on Harland firm | 0.4 |
| 129 | AP | 8/4/2022 | Prep and attend TC with DOJ re collection efforts status and planning for debtor's examinations | 0.5 |
| 130 | DHW | 8/4/2022 | Email to licensed process server on status of the responses from the bank on the second round of levies on banks. | 0.2 |
| 131 | AP | 8/5/2022 | Draft confirming note to DOJ re 8/4 call | 0.6 |
| 132 | AP | 8/5/2022 | Draft note to AJ requesting non-objection to DOJ participation in debtors' exam | 0.4 |
| 133 | DHW | 8/5/2022 | Review email from licensed process server on need to contact US Marshall on status | 0.1 |
| 134 | DHW | 8/8/2022 | Email exchange with US Marshall re status of receipt on levies | 0.2 |
| 135 | DHW | 8/11/2022 | Email exchange with US Marshall re status of receipt on levies | 0.2 |
| 136 | AP | 8/12/2022 | Review and respond to DOJ refusal to share financial information | 0.3 |
| 137 | AP | 8/12/2022 | Draft note to AJ re DOJ refusal to share financial information; | 0.2 |
| 138 | AP | 8/17/2022 | Complete ACH form via calls to BofA re transfer information | 0.4 |

| # | Atty | Date | Description | Hours |
|---|---|---|---|---|
| 139 | DHW | 8/17/2022 | Email with co counsel re need to submit ACH form (note no MOG received from CalTrans) review completed ACH | 0.2 |
| 140 | DHW | 8/17/2022 | Receipt and review of Memos of Garnishee from US Marshall on second round of bank levies and email exchange with US. M on understanding MOG; form | 0.8 |
| 141 | BA | 8/22/2022 | Review discovery data for bank information for new levies | 2 |
| 142 | BA | 8/22/2022 | Research use of levies on IRAs | 1 |
| 143 | DHW | 8/23/2022 | Prepare levy documents for levy on Humboldt County for Kernen Construction, and email with licensed process server re service of the levy | 1 |
| 144 | DHW | 8/23/2022 | Prepare levy documents for levy on Redwood Capital Bank and email with licensed process server re service of the levy | 1 |
| 145 | DHW | 8/23/2022 | Research re service on a County, research re Redwood Capital Bank and whether it has designated a branch for service | 1 |
| 146 | DHW | 8/23/2022 | Send US Marshal ACH form for payment of any funds collected on the levies, email with US Marshal re same | 0.4 |
| 147 | DHW | 8/24/2022 | Review email from licensed process server on levy on Humboldt County and noting the revised documents appeared correct | 0.1 |
| 148 | DHW | 8/24/2022 | Review levy documents for Humboldt County and comments from levy officer, correct noted errors, resubmit to levy officer | 0.3 |
| 149 | BA | 9/1/2022 | Research Turn Over orders, forward exemplars | 0.6 |
| 150 | DHW | 9/1/2022 | Review emails from co counsel re turnover order examples and scheduling a call to confer prior to D. Exam | 0.2 |
| 151 | DHW | 9/1/2022 | Review emaills from co counsel re seeking costs and fees for collection given extended time and costs involved | 0.1 |
| 152 | DHW | 9/6/2022 | Review email from US Marshalls office regarding levies and additional information needed and email co counsel re same and email to US M providing additional information and inquiring re status of MOG from CalTrans. | 0.6 |
| 153 | DHW | 9/6/2022 | Email re co counsel re conf to discuss D.Exam scheduled for Monday | 0.1 |
| 154 | AP | 9/7/2022 | Note to client re 9/12 examination | 0.2 |
| 155 | AP | 9/7/2022 | TC to DW re 9/8 prep call | 0.3 |
| 156 | AP | 9/7/2022 | Draft timesheet summary for fee motion #2 | 0.4 |
| 157 | AP | 9/8/2022 | TC with team in prep for 9/12 exam | 0.6 |
| 158 | AP | 9/8/2022 | Review and edit DW outline for exam | 0.8 |
| 159 | AP | 9/8/2022 | Draft note to AJ re courtesy of notice if no-show | 0.2 |
| 160 | BA | 9/8/2022 | Review depo outline and suggest edits | 0.5 |
| 161 | DHW | 9/8/2022 | Review invoices from service of levies on banks | 0.1 |
| 162 | DHW | 9/8/2022 | Prepare draft outline for exam of Kernen Construction | 0.8 |
| 163 | DHW | 9/8/2022 | Research D.E. structure | 0.7 |
| 164 | DHW | 9/8/2022 | Prep for and participate in T/C with co counsel about D.E. of Judgment debtors, calendared for Monday | 0.8 |

| | | | | |
|---|---|---|---|---|
| 165 | DHW | 9/8/2022 | Review emails to/from Court Clerk re D.E. process | 0.1 |
| 166 | DHW | 9/8/2022 | Review emails to/from co counsel re meet and confer with opp cnsl | 0.1 |
| 167 | DHW | 9/8/2022 | Continue research re scope of turnover orders, scope of possibly applicable exemptions | 1 |
| 168 | DHW | 9/8/2022 | Gather key documents regarding right to conduct exam. | 0.5 |
| 169 | DHW | 9/8/2022 | Gather background documents in preparation for debtor exam | 1 |
| 170 | DHW | 9/8/2022 | T/c re arranging specifics of court reporter, email re same | 0.5 |
| 171 | WC | 9/8/2022 | Confer w/AP, DW, and BV re debtor's exam and collection efforts | 0.8 |
| 172 | WC | 9/8/2022 | Draft motion for fees and costs | 2.4 |
| 173 | WLV | 9/8/2022 | TC w/ co-counsel re debtors exam | 0.8 |
| 174 | WLV | 9/8/2022 | Review draft outline, proposed orders, Rutter | 0.5 |
| 175 | DHW | 9/9/2022 | Review time and costs on efforts to collect judgment; coordinate with co counsel re same | 0.2 |
| 176 | DHW | 9/9/2022 | Review emails re notice to opp cnsl re debtor exam | 0.1 |
| 177 | WLV | 9/9/2022 | Review motion for fees and costs | 0.3 |
| 178 | DHW | 9/11/2022 | Preparation of outline for Judgment Debtor Exams (reduced from 3.0) | 1.5 |
| 179 | DHW | 9/11/2022 | Review financial records from case in chief regarding assets of Judgment Debtors in preparation for debtor exams (reduced from 2.0) | 1 |
| 180 | AP | 9/12/2022 | Prep and attend debtors' examinations | 3.5 |
| 181 | DHW | 9/12/2022 | Conduct Examination of Debtor | 4.5 |
| 182 | DHW | 9/12/2022 | Review Zoom procedures in preparation of Examination (reduced from 1.0) | 0.2 |
| 183 | WLV | 9/12/2022 | Review revised depo outline | 0.5 |
| 184 | WLV | 9/12/2022 | AT Debtor's Exam | 2.9 |
| 185 | AP | 9/13/2022 | Review overall collection strategy options with DW and draft note to client and team re same/next steps | 1.3 |
| 186 | AP | 9/13/2022 | Draft note to AJ re intended depos | 0.3 |
| 187 | DHW | 9/13/2022 | Initial Preparation of levy on writ of exec on Accounts Receivable for Major Projects | 1 |
| 188 | WLV | 9/13/2022 | Review email chain | 0.3 |
| 189 | AP | 9/14/2022 | Review research re debtors examinations and post-judgment discovery rights under California's EJL | 0.8 |
| 190 | AP | 9/14/2022 | Draft notes to AJ re further debtors' examinations and party-affiliated depositions | 0.4 |
| 191 | AP | 9/14/2022 | TCs with Wells Fargo Bank Legal Order Processing Department re levy | 0.6 |
| 192 | DHW | 9/14/2022 | Research re structure and limits of turnover order | 1 |
| 193 | WLV | 9/14/2022 | Review email chain | 0.2 |
| 194 | WLV | 9/14/2022 | Draft response to proposed plan of action | 0.4 |
| 195 | AP | 9/15/2022 | Research turnover orders under EJL | 0.8 |
| 196 | AP | 9/15/2022 | Draft and issue RFPD Set 2, re financials | 0.4 |
| 197 | AP | 9/15/2022 | Review Kernen's 2017-2019 financial statements, tax returns | 0.9 |
| 198 | AP | 9/15/2022 | TC with BV re strategy for collection | 0.8 |
| 199 | DHW | 9/15/2022 | Draft points and authorities in support of a proposed turnover order | 1.5 |

| # | Atty | Date | Description | Hours |
|---|---|---|---|---|
| 200 | WLV | 9/15/2022 | TC/w ALP re strategy for collection | 0.8 |
| 201 | AP | 9/16/2022 | Draft and issue notices of deposition for Sandra Kernen and Ann Patterson (10/4-5) | 0.9 |
| 202 | AP | 9/16/2022 | Review DW research re turnover orders | 0.3 |
| 203 | AP | 9/16/2022 | Draft team memo assigning tasks for turnover order, additional levies, written discovery | 0.4 |
| 204 | AP | 9/16/2022 | Draft note to AJ re depositions October 4-6 | 0.3 |
| 205 | AP | 9/16/2022 | Review and edit first draft of proposed turnover order | 0.6 |
| 206 | DHW | 9/16/2022 | Review and revise draft points and authorities in support of TO | 1 |
| 207 | WLV | 9/16/2022 | Edit Turnover Order Brief | 0.7 |
| 208 | AP | 9/19/2022 | Draft and revise proposed turnover order | 1.1 |
| 209 | AP | 9/19/2022 | Review and edit MPA ISO proposed takeover order | 0.6 |
| 210 | AP | 9/19/2022 | Confer with atty team re final briefing assignments | 0.5 |
| 211 | AP | 9/19/2022 | Research re request for assignment order | 0.2 |
| 212 | AP | 9/19/2022 | Review transcripts from debtors' examinations | 0.8 |
| 213 | DHW | 9/19/2022 | Review and revise points and authorities and declaration in support of request for TO | 1.5 |
| 214 | DHW | 9/19/2022 | Preparation of levy documents on major project customers and coordinate with lic proc server on same levies | 0.5 |
| 215 | DHW | 9/19/2022 | Research re levy on writ of exec on Accounts Receivable on major projects including research on address and legal status of project customers | 1 |
| 216 | AP | 9/20/2022 | Proof and file MPA ISO of turnover order | 1.5 |
| 217 | AP | 9/20/2022 | Proof and file Williams Dec ISO turnover order | 0.3 |
| 218 | AP | 9/20/2022 | Proof and file proposed turnover order | 0.3 |
| 219 | AP | 9/20/2022 | Draft note to Court with submission of proposed order | 0.2 |
| 220 | AP | 9/20/2022 | Draft and file notice of errata | 0.5 |
| 221 | DHW | 9/20/2022 | Review possible errata (no charge) | 0 |
| 222 | WLV | 9/20/2022 | Review draft PO, respond to emails re same | 0.2 |
| 223 | WLV | 9/20/2022 | Review email from ALP; TC w/ALP re same | 0.3 |
| 224 | WLV | 9/20/2022 | Edit Proposed Turnover Order | 0.9 |
| 225 | WLV | 9/20/2022 | Edit Turnover Order Brief | 1.3 |
| 226 | WLV | 9/20/2022 | Edit DHW Dec. | 0.6 |
| 227 | AP | 9/21/2022 | Confer with CRD and file Proposed Order | 0.2 |
| 228 | AP | 9/21/2022 | Update billing spreadsheet and draft atty memo outlining next steps for filing 9/29 fee motion | 0.5 |
| 229 | AP | 9/21/2022 | Research fed court interest rates, collection process for same | 0.4 |
| 230 | DHW | 9/22/2022 | Research and Draft Points and authorities in support of motion for assignment | 1.5 |
| 231 | DHW | 9/22/2022 | Coordination with lic proc server re service on foreign corp doing business in Calif (SB James) | 0.3 |
| 232 | WLV | 9/25/2022 | Edit Assignment Order Brief | 1.1 |
| 233 | AP | 9/26/2022 | Review Defendants' opposition to request for turnover order | 0.4 |
| 234 | WLV | 9/26/2022 | Edit Assignment Order Brief | 0.6 |
| 235 | WLV | 9/26/2022 | Daft Clary Decl; TC/w PMC re her dec. | 1.2 |
| 236 | AP | 9/27/2022 | Review and edit MPA for fee motion | 1.6 |
| 237 | AP | 9/27/2022 | Draft Williams Dec ISO fee motion | 1.2 |

| # | Atty | Date | Description | Hours |
|---|------|------|-------------|-------|
| 238 | AP | 9/27/2022 | Review late-filed Jackson Dec ISO of Opp to request for turnover order | 0.3 |
| 239 | AP | 9/27/2022 | Review Defendants' offer to settle with payment plan and fwd to client with note | 0.2 |
| 240 | AP | 9/27/2022 | Draft atty mini decs (Exh B to DW Dec) for Carlon, Verick and Acree | 0.3 |
| 241 | BA | 9/27/2022 | TC DHW WLV re objections to TO | 0.8 |
| 242 | BA | 9/27/2022 | Edit Supp Fee Motion Brief | 1.3 |
| 243 | DHW | 9/27/2022 | Review Clary supporting declaration | 0.3 |
| ✓ 244 | DHW | 9/27/2022 | Review and revise points and authorities on motion for assignment order | 1 |
| 245 | DHW | 9/27/2022 | Review response to request for turnover order and prepare notes for possible reply brief or appearance | 1 |
| 246 | WLV | 9/27/2022 | TC/w DHW & BA re AJ objections to TO | 0.8 |
| 247 | WLV | 9/27/2022 | Review AJ Objections | 1.4 |
| 248 | WLV | 9/27/2022 | Review DHW notes on AJ's Opposition | 0.4 |
| 249 | WLV | 9/27/2022 | Review email chain | 0.2 |
| 250 | WLV | 9/27/2022 | Edit Assignment Order Brief | 0.4 |
| 251 | WLV | 9/27/2022 | Legal Research | 1.2 |
| 252 | BA | 9/28/2022 | Compile and revise hours table for fee motion | 1.4 |
| 253 | AP | 9/28/2022 | Revise and update master billing summary for fee motion | 0.7 |
| 254 | AP | 9/28/2022 | Revise MPA for fee motion | 0.4 |
| 255 | AP | 9/28/2022 | Draft proposed order on fee motion | 0.2 |
| 256 | AP | 9/28/2022 | Review and edit MPA for motion for assignment order | 0.8 |
| 257 | AP | 9/28/2022 | Draft proposed order for motion for assignment order | 0.3 |
| 258 | DHW | 9/28/2022 | Draft response to objection re exemptions | 2 |
| 259 | DHW | 9/28/2022 | Revise declaration for fee motion | 0.2 |
| 260 | WLV | 9/28/2022 | TC w/ DHW re Burns case, turn over "reply" | 0.3 |
| 261 | WLV | 9/28/2022 | Legal Research re Order of Assignment | 0.9 |
| 262 | WLV | 9/28/2022 | TC w/ DHW re turn over "reply" | 0.2 |
| 263 | WLV | 9/28/2022 | Edit Response to Exemption re Takeover Ord | 2 |
| 264 | WLV | 9/28/2022 | TC w/ DHW re Takeover Order | 0.1 |
| 265 | WLV | 9/29/2022 | Revise response to objections re exemptions | 1.6 |
| 266 | BA | 9/29/2022 | Revise exhibit for fee motion | 0.6 |
| 267 | BA | 9/29/2022 | Revise assignment order | 0.3 |
| 268 | AP | 9/29/2022 | Proof and file response to claimed exemptions | 1.8 |
| 269 | AP | 9/29/2022 | Proof and file motion for order of assignment | 0.9 |
| 270 | AP | 9/29/2022 | Proof and file motion for fees and costs | 0.9 |
| | **Total Hours** | | | **160.8** |