# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIANS FOR ALTERNATIVES TO TOXICS, a non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>KERNEN CONSTRUCTION, et al.,<br><br>Defendants. | Case No. 4:20-cv-01348-YGR<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO AUGMENT THE RECORD** |

AND NOW, this _____ day of _____, 2023, upon consideration of Plaintiff Californians for Alternatives to Toxics' Administrative Motion of Augment the Record ("Administrative Motion"):

1) Plaintiff's motion is **GRANTED**; and

2) The Court will consider as part of the record in this matter the Declaration of Andrew L. Packard in Support of Motion for De Novo Determination, which is attached as **Exhibit 1** to the Administrative Motion and are submitted in support of Plaintiff's Motion for De Novo Determination of Dispositive Matter Referred to Magistrate Judge.

_____
Hon. Yvonne Gonzalez Rogers
United States District Judge