ANDREW L. PACKARD (State Bar No. 168690)
WILLIAM N. CARLON (State Bar No. 305739)
Law Offices of Andrew L. Packard
245 Kentucky Street, Suite B3
Petaluma, CA 94952
Tel: (707) 782-4060
Fax: (707) 782-4062
E-mail: andrew@packardlawoffices.com
         wncarlon@packardlawoffices.com

[Additional counsel listed on p. 2]

Attorneys for Plaintiff
CALILFORNIANS FOR
ALTERNATIVES TO TOXICS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIANS FOR ALTERNATIVES TO TOXICS, a non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>KERNEN CONSTRUCTION, et al.,<br><br>Defendants. | Case No. 4:20-cv-01348-YGR<br><br>**PLAINTIFF AND JUDGMENT CREDITOR'S NOTICE OF MOTION AND MOTION FOR DE NOVO DETERMINATION OF DISPOSTIVE MATTER REFERRED TO MAGISTRATE JUDGE**<br><br>Date:        April 25, 2023<br>Time:        2:00 p.m.<br>Location:   (Zoom Webinar)<br>Hon. Judge Yvonne Gonzales Rogers |

| | |
|---|---|
| 1 | [Additional counsel for Plaintiff] |
| 2 | WILLIAM VERICK (State Bar No. 140972) |
| | Klamath Environmental Law Center |
| 3 | 1125 16th Street, Suite 204 |
| | Arcata, CA  95521 |
| 4 | Tel: (707) 630-5061 |
| | Fax: (707) 630-5064 |
| 5 | Email: wverick@igc.org |
| 6 | DAVID WILLIAMS (State Bar No. 144479) |
| | Law Offices of David Williams |
| 7 | 1839 Ygnacio Valley Road, Suite 351 |
| | Walnut Creek, CA  94598 |
| 8 | Tel: (510) 847-2356 |
| | Fax: (925) 332-0352 |
| 9 | E-mail: dhwill7@gmail.com |
| 10 | BRIAN ACREE (State Bar No. 202505) |
| | Law Offices of Brian Acree |
| 11 | 331 J Street, Suite 200 |
| | Sacramento, CA 95814 |
| 12 | Tel: (916) 505-6861 |
| | E-mail: brian@brianacree.com |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD**:

NOTICE IS HEREBY GIVEN that on April 25, 2023 at 2:00 p.m. or as soon thereafter as the matter may be heard by the above-titled court, Plaintiff and Judgment Creditor Californians for Alternatives to Toxics ("CATs") will and hereby does move the Court for a de novo determination pursuant to 28 USC §636, Federal Rules of Civil Procedure 54 and 72, and Civil Local Rule 72-3 of the Motion for Attorneys' Fees and Costs submitted pursuant to Federal Rule of Civil Procedure 69(a). California Code of Civil Procedure 685.040, and 33 U.S.C. §1365 on the grounds that plaintiff is entitled to reasonable and necessary costs of enforcing the Court's Order Awarding Attorneys' Fees.  Dkt No. 90.

This motion is based upon this Notice of Motion and Motion, the Memorandum of Points and Authorities in Support of Motion For De Novo Determination of Dispositive Matter Referred to Magistrate Judge; Plaintiff's Administrative Motion To Augment The Record (Civil Local Rules 72-3(b) and 7-11, and 28 USC §636); the Declaration of Andrew L. Packard In Support of Motion For De Novo Determination of Dispositive Matter Referred to Magistrate Judge, filed as Exhibit 1 to the Administrative Motion; the papers on file in this action and the related action *Californians for Alternatives to Toxics v. Kernen Construction Co., et al*., USDC, NDCA, Case No. 4:16-cv-04007-YGR; and such other evidence and/or argument as the parties may present to this Court at the hearing on this motion.

Dated:  March 20, 2023                           /s/ Andrew L. Packard
                                                 Andrew L. Packard