UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIANS FOR ALTERNATIVES TO TOXICS, a non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>KERNEN CONSTRUCTION, et al.,<br><br>Defendants. | Case No. 4:20-cv-01348-YGR<br><br>**[PROPOSED] ORDER ON PLAINTIFF AND JUDGMENT CREDITOR'S MOTION FOR ATTORNEYS' FEES AND COSTS** |

**WHEREAS**, on March 21, 2022, this Court issued an Order Awarding Attorneys' Fees ("Judgment") to Plaintiff Californians for Alternatives to Toxics ("Judgment Creditor") in the amount of $291,975.99 for attorney fees and costs in the above-referenced litigation against defendants Kernen Construction Co., Bedrock Investments, LLC, Scott Farley, and Kurt Kernen ("Judgment Debtors") (Dkt. No. 90);

**WHEREAS**, on May 5, 2022, this Court issued a writ of execution to enforce the Judgment; (Dkt. No. 96);

**WHEREAS**, on July 16, 2022, Judgment Creditor filed an application for an order that Judgment Debtors appear for debtors' examinations (Dkt. Nos. 104, 105);

**WHEREAS**, on July 20, 2022, Judge Yvonne Gonzales Rogers issued an order referring "[all] matters related to post-judgment collections, including the pending *ex parte* application for a

judgment debtor examination (Dkt. No. 104), are hereby referred to a Magistrate Judge, to be heard and considered at the convenience of the assigned Magistrate Judge's calendar (Dkt. No. 106);

**WHEREAS**, on the following day, the Court issued minute orders referring and assigning all "Post-Judgment/Collections" in this matter to Magistrate Judge Laurel Beeler who immediately issued an order requiring Judgment Debtors to appear for debtors' examinations on September 12, 2022 (Dkt. No. 107);

**WHEREAS**, on September 29, 2022, Plaintiff and Judgment Creditor filed a Motion for Attorneys Fees and Costs;

**WHEREAS**, the Motion for Attorneys' Fees and Costs came on for regular hearing on December 22, 2022 before Magistrate Judge Laurel Beeler;

**WHEREAS**, Magistrate Judge Laurel Beeler issued a Report and Recommendation To Award Attorney's Fees on March 6, 2023;

**WHEREAS**, On March 20, 2023, Plaintiff and Judgment Creditor filed an Objection to the Report and Recommendation to Award Attorney's Fees in the form of A Motion For De Novo Determination of Dispositive Matter Referred to Magistrate Judge;

**WHEREAS**, this Motion for De Novo Determination of Dispositive Matter Referred to Magistrate Judge came on for regular hearing on April 25, 2023;

**NOW, GOOD CAUSE APPEARING** and upon consideration of the parties' briefing and argument herein, the Court finds that Plaintiff and Judgment Creditor is entitled to an award of its attorneys' fees in the amount of $120,256 and additional litigation costs of in the amount of $9,044.75..

**IT IS SO ORDERED.**

Dated: _____           _____

Yvonne Gonzalez Rogers
United States District Judge