Allison G. Jackson, State Bar No. 157078
John S, Lopez, State Bar No. 149291
HARLAND LAW FIRM LLP
622 H Street
Eureka, California 95501
(707) 444-9281 telephone
(707) 445-2961 facsimile

Attorneys for Defendants
KERNAN CONSTRUCTION CO.,
BEDROCK INVESTMENTS LLC,
SCOTT FARLEY and KURT KERNEN

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIANS FOR ALTERNATIVES TO TOXICS,<br><br>Plaintiff,<br><br>v.<br><br>KERNEN CONSTRCUTION CO.; BEDROCK INVESTMENTS LLC; SCOTT FARLEY; and KURT KERNEN,<br><br>Defendants.<br>_____ / | Case No. 4:20-cv-01348-YGR<br><br>**DEFENDANT'S OPPOSITION TO PLAINTIFF'S ADMINISTRATIVE MOTION TO AUGMENT THE RECORD**<br><br>Date: April 25, 2023<br>Time: 2:00 p.m.<br>Location: Zoom<br>Honorable Judge Yvonne Gonzales Rogers |

For the purposes of Plaintiff's Motion for De Novo Review of Dispositive Matter Referred to Magistrate Jude, Defendant objects to Plaintiff augmenting the record for the following reasons:

On November 22, 2022, Plaintiff waived filing any Reply to the Supplemental Briefing and waived filing any reply to Defendant's declaration and opposition in ECF146,

"Plaintiff and Judgment Creditor Californians for Alternatives to Toxics hereby gives notice that it will not file a brief in reply to Judgment Debtor's Opposition/Response to the pending motion for attorneys' fees and costs, or the supporting declaration of

---

**DEFENDANT'S OPPOSITION TO PLAINTIFF'S ADMINISTRATIVE MOTION TO AUGMENT THE RECORD**           1           Case No. 4:20-cv-01348-JD

1 | Allison Jackson, filed today (ECF Nos. 145, 145-1 and 145-2)."

2 | As such, Plaintiff has waived this issue.

Dated: March 22, 2023  /s/ Allison G. Jackson
Allison G. Jackson
Harland Law Firm, LLP
Attorney for Kernen et.al

---

**DEFENDANT'S OPPOSITION TO PLAINTIFF'S ADMINISTRATIVE MOTION TO AUGMENT THE RECORD**     2     Case No. 4:20-cv-01348-JD