Allison G. Jackson, State Bar No. 157078
John S, Lopez, State Bar No. 149291
HARLAND LAW FIRM LLP
622 H Street
Eureka, California 95501
(707) 444-9281 telephone
(707) 445-2961 facsimile

Attorneys for Defendants
KERNAN CONSTRUCTION CO.,
BEDROCK INVESTMENTS LLC,
SCOTT FARLEY and KURT KERNEN

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIANS FOR ALTERNATIVES TO TOXICS, <br><br> Plaintiff, <br><br> v. <br><br> KERNEN CONSTRCUTION CO.; BEDROCK INVESTMENTS LLC; SCOTT FARLEY; and KURT KERNEN, <br><br> Defendants. <br> _____ / | Case No. 4:20-cv-01348-YGR <br><br> **DEFENDANT'S ADMINISTRATIVE MOTION TO AUGMENT THE RECORD** <br> **(Civil Local Rules 72-3(b) and 7-11, and 28 U.S.C. § 636)** <br><br> Date: April 25, 2023 <br> Time: 2:00 p.m. <br> Location: Zoom <br> Honorable Judge Yvonne Gonzales Rogers <br><br> [*Defendants Response to Motion for De Novo Determination of Dispositive Matter Referred to Magistrate Judge; Memorandum of Points and Authorities; and Proposed Order filed concurrently herewith*] |

On March 20. 2023, Plaintiff filed an Administrative Motion to Augment the Record (ECF 151) and its Notice of Motion and Motion for De Novo Determination of Dispositive Determination of Magistrate Judge Beeler's Report and Recommendation to post judgment fees requested by Plaintiff.

On March 22, 2023, Defendant filed an Opposition to that motion citing Plaintiff's express waiver of presenting any additional reply or supplemental declarations following full briefing of the Magistrate on all of the issues.

1     In the event this Court grants Plaintiff's motion to augment irrespective of that express
2 waiver and opposition by Defendants to this discretionary request, by this Administrative
3 Motion, Defendant then asks the Court to consider, as part of the record in a record a copy of a
4 complete list of all the email contacts between the parties during the time leading up to this
5 Court's March 2022 Order awarding fees and through the months following that order.  If the
6 Court grants Plaintiff's motion then these exhibits will be necessary to put Plaintiff's claims in
7 their motion to augment and memorandum in support of their objections is better context.
8 Attached hereto as **Exhibit A and B** are true and correct screen-shots of the multitude of contacts
9 between the parties.
10     Said exhibits have been stipulated to by opposing counsel which will be filed
11 concurrently with this motion.

14 Dated: March 22, 2023             /s/ Allison G. Jackson
                                                                 Allison G. Jackson
15                                                                  Harland Law Firm, LLP
                                                                 Attorney for Kernen et.al