EXHIBIT B

## Allison Jackson

| | |
|---|---|
| **Subject:** | AGJ/Kernen: Deadline to Pay Civil Penalties (Dkt. #58) |
| **Start:** | Wed 4/20/2022 12:00 AM |
| **End:** | Thu 4/21/2022 12:00 AM |
| **Show Time As:** | Free |
| **Recurrence:** | (none) |
| **Meeting Status:** | Meeting organizer |
| **Organizer:** | Paul Heagerty |

Kernen Construction 10582.006

CATS v. Kernen
USDC CAND 4:20-cv-01348-YGR

# Allison Jackson

| | |
|---|---|
| **Subject:** | JTB/CATS v Kernen: Site Inspection with Opposing Counsel |
| **Location:** | Kernen Glendale Yard |
| **Start:** | Thu 4/21/2022 10:00 AM |
| **End:** | Thu 4/21/2022 2:00 PM |
| **Show Time As:** | Tentative |
| **Recurrence:** | (none) |
| **Meeting Status:** | Meeting organizer |
| **Organizer:** | Paul Heagerty |

Per JSL, Justin will cover the site inspection

CATS requested change from 4/19 to Thursday 4/21

Per AGJ, JSL will cover this inspection in her absence

Kernen Construction 10582.006

CATS v Kernen
USDC CAND 4:20-cv-01348-YGR

1

# Allison Jackson

| | |
|---|---|
| **Subject:** | CATS v. Kernen Construction, et al. 20-cv-01348 YGR |
| **Start:** | Mon 5/16/2022 9:00 AM |
| **End:** | Mon 5/16/2022 9:30 AM |
| **Recurrence:** | (none) |
| **Meeting Status:** | Meeting organizer |
| **Organizer:** | Hsu, Shining (USACAN) |

Dial-in: (844) 862-8427
Passcode: 684516#

## Allison Jackson

| | |
|---|---|
| **Subject:** | AGJ/Kernen: Financial Disclosures to USDOJ Due |
| **Start:** | Mon 7/25/2022 12:00 AM |
| **End:** | Tue 7/26/2022 12:00 AM |
| **Show Time As:** | Free |
| **Recurrence:** | (none) |
| **Meeting Status:** | Meeting organizer |
| **Organizer:** | Paul Heagerty |

Kernen Construction 10582.006

USDC CAND 4:20-cv-01348-YGR