ANDREW L. PACKARD (State Bar No. 168690)
WILLIAM N. CARLON (State Bar No. 305739)
Law Offices of Andrew L. Packard
245 Kentucky Street, Suite B3
Petaluma, CA 94952
Tel: (707) 782-4060
Fax: (707) 782-4062
E-mail: andrew@packardlawoffices.com
         wncarlon@packardlawoffices.com

Attorneys for Plaintiff
CALIFORNIANS FOR
ALTERNATIVES TO TOXICS

ALLISON G. JACKSON (State Bar No. 157078)
Harland Law Firm LLP
212 G Street, Suite 201
Eureka, CA 95501
Tel: (707) 444-9281
Fax: (707) 445-2961
Email: ajackson@harlandlaw.com

Attorneys for Defendants
KERNEN CONST. CO.; BEDROCK INVESTMENTS LLC;
SCOTT FARLEY; and KURT KERNEN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIANS FOR ALTERNATIVES TO TOXICS, | Case No.: 4:20-cv-01348-YGR |
| Plaintiff, | **STIPULATION RE AUGMENT TO RECORD** |
| v. | |
| KERNEN CONSTRUCTION CO., BEDROCK INVESTMENTS LLC, SCOTT FARLEY, and KURT KERNEN, | |
| Defendants. | |

**WHEREAS**, on March 21, 2023 at 2:05 p.m. Allison G. Jackson, attorney for Defendants KERNEN CONSTRUCTION CO., BEDROCK INVESTMENTS LLC, SCOTT FARLEY and KURT KERNEN ("Defendants") emailed Andrew Packard, attorney for

1  CALIFORNIAS FOR ALTERNATIVES TO TOXICS ("Plaintiff") requesting a stipulation to
2  augment the record in the above entitled matter;
3      **WHEREAS**, on March 21, 2023, at 2:19 p.m., Plaintiff, through counsel, Andrew
4  Packard agreed to stipulate to Defendants augmentation of the record.
5      **WHEREAS**, said stipulated augmentation of the record includes screenshots of the dates
6  and captions of the emails between counsel for Plaintiff and Defendants for the periods relevant
7  to Plaintiff's Motion for De Novo Determination of Dispositive Matter Referred to Magistrate
8  Judge (attached hereto as Exhibit A); and Meeting Organizer pages for Wednesday, April 20,
9  2022; Thursday, April 21, 2022; Monday April 16, 2022; and Monday, July 25, 2022 (attached
10 hereto as Exhibit B).
11     **NOW THEREFORE**, the parties stipulate as follows:
12     Upon stipulation of the parties, the screenshots of the dates and captions of the emails
13 between counsel for Plaintiff and Defendants for the periods relevant to Plaintiff's Motion for
14 De Novo Determination of Dispositive Matter Referred to Magistrate Judge (attached hereto as
15 Exhibit A); and Meeting Organizer pages for Wednesday, April 20, 2022; Thursday, April 21,
16 2022; Monday April 16, 2022; and Monday, July 25, 2022 (attached hereto as Exhibit B) are
17 hereby included in the records in this matter.
18     IT IS SO STIPULATED.

19 Dated: March 21, 2023          LAW OFFICES OF ANDREW L. PACKARD

20                                By:    /s/ Andrew L. Packard
                                  Andrew L. Packard
21                                Attorneys for Plaintiff
22                                CALIFORNIANS FOR ALTERNATIVES TO TOXICS

23 Dated: March 21, 2023          THE HARLAND LAW FIRM LLP

24                                By:    /s/ Allison G. Jackson
                                  Allison G. Jackson
25                                Attorneys for Defendants
                                  KERNEN CONSTRUCTION CO., BEDROCK
26                                INVESTMENTS LLC, KURT KERNEN, and SCOTT
                                  FARLEY
27
28

STIPULATION RE AMENDED JUDGMENT            2           Case No. 4:20-cv-01348-YGR