Allison G. Jackson, State Bar No. 157078
John S, Lopez, State Bar No. 149291
HARLAND LAW FIRM LLP
622 H Street
Eureka, California 95501
(707) 444-9281 telephone
(707) 445-2961 facsimile

Attorneys for Defendants
KERNAN CONSTRUCTION CO.,
BEDROCK INVESTMENTS LLC,
SCOTT FARLEY and KURT KERNEN

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CALIFORNIANS FOR ALTERNATIVES TO
TOXICS,

                       Plaintiff,

v.

KERNEN CONSTRCUTION CO.;
BEDROCK INVESTMENTS LLC; SCOTT
FARLEY; and KURT KERNEN,

                 Defendants.

_____/

Case No. 4:20-cv-01348-YGR

[*PROPOSED*] ORDER GRANTING
DEFENDANT'S ADMINISTRATIVE
MOTION TO AUGMENT THE RECORD

AND NOW, this _____ day of _____, 2023, upon consideration of DEFENDANTS

KERNEN CONSTRUCTION et.al Administrative Motion of Augment the Record

("Administrative Motion"):

1) Defendants f's motion is **GRANTED**; and 2) The Court will consider as part of the record

records  attached as **Exhibit A and B** to the Administrative Motion and are submitted in support

of Defendants Response to Motion for De Novo Determination of Dispositive Matter Referred to

Magistrate Judge.

_____

Hon. Yvonne Gonzalez Rogers United States District Judge

Case No. 4:20-cv-01348-YGR