IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CALIFORNIANS FOR ALTERNATIVES TO TOXICS,**<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br><br>**KERNEN CONSTRUCTION CO., ET AL.,**<br><br>　　　　　Defendants. | CASE NO. 4:20-cv-01348 YGR<br><br>**ORDER ADOPTING AMENDED REPORT AND RECOMMENDATION; GRANTING IN PART MOTION FOR ATTORNEYS' FEES AND COSTS**<br><br>Re: Dkt. Nos. 120, 151, 153, 158, 162 |

Now pending in this citizen suit for violations of the Clean Water Act is the motion for post-judgment attorneys' fees and costs filed by plaintiff Californians for Alternatives to Toxics ("CATs"). Docket No. 120. CATs requests an award of $120,256 in attorneys' fees and $9,044.75 in costs[1] it incurred in enforcing an order issued on March 21, 2022, in which this Court awarded CATs $281,678.60 in attorneys' fees and $10,297.39 in costs on the basis that CATs was the prevailing party in this litigation. *See* Docket No. 90. Defendants do not oppose CATs' entitlement to fees and costs in connection with its enforcement of the March 21, 2022, order, but they challenge the reasonableness of the amounts requested, arguing that the Court should award CATs no more than $28,658 because only that amount was reasonably spent in enforcing the March 21, 2022, order. Docket No. 130. This Court referred all matters related to post-judgment collections, including CATs' pending motion for an award of post-judgment attorneys' fees and costs, to a magistrate judge. *See* Docket No. 106.

---

[1] As discussed in more detail in the amended report and recommendation filed on April 21, 2023, CATs initially requested $103,460 in attorneys' fees and $5,276.75 in costs, but it increased the requested amounts to include fees and costs it incurred after it filed its opening brief in support of its present motion for fees and costs. *See* Docket No. 162 at 2 n.4.

On March 6, 2023, Magistrate Judge Laurel Beeler issued a report and recommendation with respect to CATs' pending motion for fees and costs, in which she recommended (1) awarding CATs only $33,514 in attorneys' fees (out of the $120,256 it requested), and (2) denying CATs' request for costs. Docket No. 150. This recommendation was predicated on her findings that "defendants were not being dilatory or refusing to pay and instead were willing to negotiate a payment plan with the plaintiff," and that, therefore, "most of the plaintiff's post-judgment enforcement efforts were unreasonable and unnecessary because they were not necessitated by the defendants' post-judgment conduct." *See id.* at 7-9.

On March 20, 2023, CATs moved for de novo review of Magistrate Judge Beeler's report and recommendation. Docket No. 153. CATs argued that the report and recommendation was premised on unsupported or otherwise erroneous findings with respect to defendants' conduct in the context of paying the amounts they owed CATs. On the same date, CATs also filed an administrative motion to augment the record with evidence showing that, for about six months, defendants were uncooperative and failed to respond to CATs' requests to discuss payment of the amounts they owed CATs pursuant to the March 21, 2022, order. Docket No. 151.

On March 22, 2023, defendants filed an opposition to CATs' motion to augment the record and filed their own motion to augment the record. Docket No. 158.

On March 22, 2023, Magistrate Judge Beeler issued a text-only order that rescinded her March 6, 2023, report and recommendation and stated that she would issue a new report and recommendation in light of the new evidence filed by the parties. *See* Docket No. 157.

On April 21, 2023, Magistrate Judge Beeler issued an amended report and recommendation, in which she recommends awarding CATs $108,230.40 in attorneys' fees and $7,548.25 in costs, for a total of $115,778.65. Docket No. 162. Magistrate Judge Beeler arrived at those amounts by reducing slightly the fees and costs that CATs requests[2] on the ground that the billing records that CATs submitted show that some time entries are vague and others reflect clerical or unnecessary work. *See id.* at 13-14. The amended report and recommendation takes

---

[2] As noted above, CATs requests an award of $120,256 in attorneys' fees and $9,044.75 in costs.

into account the new evidence the parties filed in connection with their respective motions to augment the record. Based on that new evidence, Magistrate Judge Beeler found that "defendants were not cooperative or communicative" on the subject of the payment of the amounts they owed CATs pursuant to the March 21, 2022, order and that, as a result, "[t]he analysis in the prior [report and] recommendation therefore falls away." *See id.* at 9.

In accordance with Federal Rule of Civil Procedure 72, objections to the amended report and recommendation were due no later than May 5, 2023. As of the date of this order, no objections have been filed.

The Court has reviewed the amended report and recommendation carefully and finds it correct and well-reasoned and adopts it in full. Accordingly, for the reasons set forth in the amended report and recommendation:

1. The Court **GRANTS IN PART** CATs' motion for attorneys' fees and costs in connection with its enforcement of the March 21, 2022, order, and awards CATs $108,230.40 in attorneys' fees and $7,548.25 in costs, for a total of $115,778.65. Consistent with Magistrate Judge Beeler's recommendation, and for the reasons set forth in her amended report, the Court declines to award the remainder of the attorneys' fees and costs that CATs requests.

2. Because the amended report and recommendation that the Court now adopts relies on the new evidence the parties filed in connection with their respective motions to augment the record, the Court **GRANTS** the parties' motions to augment the record, which were filed as docket numbers 151 and 158.

3. CATs' motion for de novo review of the rescinded March 6, 2023, report and recommendation, Docket Nos. 153, is **DENIED AS MOOT**.

This order terminates docket numbers 120, 151, 153, 158, and 162.

**IT IS SO ORDERED.**

Dated: __June 13__, 2023

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**