ANDREW L. PACKARD (State Bar No. 168690)
Law Offices of Andrew L. Packard
245 Kentucky Street, Suite B3
Petaluma, CA 94952
Tel: (707) 782-4060
Fax: (707) 782-4062
E-mail: andrew@packardlawoffices.com

WILLIAM VERICK (State Bar No. 140972)
Klamath Environmental Law Center
1125 16th Street, Suite 204
Arcata, CA  95521
Tel: (707) 630-5061
Fax: (707) 630-5064
Email: wverick@igc.org

WILLIAM N. CARLON (State Bar No. 305739)
Law Office of William Carlon
437 Post Street
Napa, CA 94559
Tel: (530) 514-4115
E-mail: william@carlonlaw.com

Attorneys for Plaintiff
CALILFORNIANS FOR
ALTERNATIVES TO TOXICS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIANS FOR ALTERNATIVES TO TOXICS, a non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>KERNEN CONSTRUCTION, et al.,<br><br>Defendants. | Case No. 4:20-cv-01348-YGR (LB)<br><br>**DECLARATION OF ANDREW L. PACKARD IN SUPPORT OF REQUEST FOR ADMINISTRATIVE RELIEF REGARDING THE COURT'S MAY 2, 2021 AWARD OF CIVIL PENALTIES IN THE AMOUNT OF $2,087,750**<br><br>**[Civil Local Rule 7-11]** |

I, ANDREW L. PACKARD, hereby declare under penalty of law that the following facts are true and correct:

1. My firm, together with the Klamath Environmental Law Center, the Law Offices of

1 David Williams, and the Law Offices of Brian Acree, have served as counsel for Plaintiff Californians for Alternatives to Toxics in the above-captioned action. I make this declaration in support of Plaintiff's Request for Administrative Relief based on my personal knowledge, and I am competent to testify to the matters set forth herein.

2. In early January 2022, nearly four months after the entry of judgment in this action, Plaintiff's counsel was informed by the United States Department of Justice ("DOJ") that Defendants had not yet satisfied this Court's order awarding civil penalties in the amount of $2,087,750. ECF No. 58 ("Civil Penalty Order").

3. Defendants have since asserted in their briefs herein that they have obtained some sort of payment plan to satisfy the Civil Penalty Order. *See e.g.*, ECF No. 145, at 3: 6-7.

4. Defendants continue to refuse Plaintiff's requests for a courtesy copy of the payment plan with the DOJ.

5. The DOJ has also refused Plaintiff's requests for a courtesy copy of the payment plan with the DOJ.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 16, 2024 in Petaluma, California.

/s/ Andrew L. Packard
Andrew L. Packard