Allison G. Jackson, State Bar No. 149291
HARLAND LAW FIRM LLP
212 G Street, Suite 201
Eureka, CA 95501
Telephone: 707-444-9281
Fax: 707-445-2961
ajackson@harlandlaw.com

Attorneys for Defendants
KERNEN CONSTRUCTION,
BEDROCK INVESTMENTS LLC,
SCOTT FARLEY, and KURT KERNEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CALIFORNIANS FOR ALTERNATIVES TO TOXICS,<br><br>                                  Plaintiff,<br><br>v.<br><br><br>KERNEN CONSTRUCTION CO., BEDROCK INVESTMENTS LLC, SCOTT FARLEY, and KURT KERNEN,<br><br>                                  Defendants. | Case No. 4:20-cv-01348-YGR<br><br>[PROPOSED] ORDER DENYING PLAINTIFF'S REQUEST FOR ADMINISTRATIVE RELIEF |
|---|---|

Plaintiff's Request for Administrative Relief Regarding the Court's May 2, 2021 Award of Civil Penalties in the Amount of $2,087,750 is denied.

Dated: _____

_____
Hon. Yvonne Gonzalez Rogers
United States District Judge