ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
SHINING J. HSU (CABN 317917)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7022
    Fax: (415) 436-6570
    Email: Shining.Hsu@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CALIFORNIANS FOR ALTERNATIVE TO TOXICS,<br><br>    Plaintiff,<br><br>  v.<br><br>KERNEN CONSTRUCTION CO., ET AL<br><br>    Defendant. | CASE NO. 20-CV-01348 YGR<br><br>**[PROPOSED] ORDER DENYING PLAINTIFF'S REQUEST FOR ADMINISTRATIVE RELIEF** |

Upon consideration of the parties' submissions and for good cause shown,

**IT IS HEREBY ORDERED** that the Plaintiff's Administrative Request for Relief is denied.

**IT IS SO ORDERED**.

Dated: _____

                                                                       HONORABLE YVONNE GONZALEZ ROGERS
                                                                       UNITED STATES DISTRICT JUDGE