1
2
3

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CALIFORNIANS FOR ALTERNATIVES TO TOXICS,**<br><br>Plaintiff,<br><br>v.<br><br>**KERNEN CONSTRUCTION CO., ET AL.,**<br><br>Defendants. | CASE NO.  4:20-cv-01348 YGR<br><br>**ORDER DENYING ADMINISTRATIVE MOTION**<br><br>Re: Dkt. No. 164 |

Now pending in this citizen suit for violations of the Clean Water Act is an administrative motion under Civil Local Rule 7-11 filed by plaintiff Californians for Alternatives to Toxics ("CATs").  Docket No. 164.  CATs moves for an order requiring defendants to produce to CATs a copy of their payment plan with the United States (hereinafter "payment plan"), which governs defendants' payment of the civil penalties that this Court ordered defendants to pay in May 2021.  *See id.*  CATs also requests an order requiring the United States to file annual statements to the Court regarding the status of defendants' payments pursuant to the payment plan.  *See id.*  Defendants oppose the motion.  Docket No. 166.  The United States also opposes the motion.  Docket No. 168.  For the reasons set forth below, the Court will deny the motion.

On May 2, 2021, the Court ordered defendants to pay civil penalties in the amount of $2,087,750.  Docket No. 58.  On March 21, 2022, the Court issued an order in which it clarified that the deadline for paying the civil penalties was April 20, 2022.  *See* Docket No. 90.  In a filing in November 2022, defendants represented that they had obtained a payment plan from the United States with respect to the civil penalties that the Court ordered them to pay in May 2021.  Docket No. 145 at 3.  At that time, CATs did not move for an order requiring defendants to provide it with

United States District Court
Northern District of California

1    a copy of the payment plan.  Pursuant to its terms, the injunctive relief that the Court issued in this

2    action terminated in May 2023.  *See* Docket No. 60 at 10.  On October 28, 2022, the parties filed

3    an acknowledgment that defendants had satisfied the judgment as to any amounts that defendants

4    owed to CATs.  *See* Docket No. 137.

5         CATs now argues that defendants and the United States refuse to provide it with a copy of

6    the payment plan.  Docket No. 164 at 2.  As noted, CATs requests an order requiring defendants to

7    provide to CATs a copy of the payment plan, and an order requiring the United States to file

8    annual statements to the Court regarding the status of defendants' payments pursuant to the

9    payment plan.  *See id.*  CATs argues that the order it requests is necessary to ensure that

10   defendants pay the civil penalties they owe to the United States, and that certain provisions of the

11   Clean Water Act support its request.  *See id.* (citing 33 U.S.C. § 1365(b)(1)(A) and 33 U.S.C.

12   § 1365(c)(3)).

13        Defendants oppose the motion, arguing that the Court lacks jurisdiction to grant the relief

14   that CATs requests because the injunctive relief that the Court ordered in this action ended in May

15   2023, and because it is undisputed that defendants have already satisfied the judgment with respect

16   to any amounts they owed to CATs.  Docket No. 166.  Defendants also argue that CATs has not

17   cited any authority showing that it can move the Court for an order requiring them to produce a

18   copy of the payment plan at issue.  Defendants contend that CATs can request a copy of the

19   payment plan at issue by filing a request under the Freedom of Information Act.

20        The United States also opposes CATs' motion, arguing that the Clean Water Act

21   provisions that CATs relies upon do not require the government to produce documents to CATs or

22   to provide accountings to the Court in connection with the payment plan at issue.  *See* Docket No.

23   168.  The United States contends that the Clean Water Act provisions that CATs relies upon give

24   the right to the United States to oversee certain aspects of citizen suits brought under the Clean

25   Water Act to prevent the filing of frivolous or harassing lawsuits under that statute, but do not

26   require the government to produce documents or provide accountings to a district court.

27        The Court has reviewed the parties' filings and finds that the arguments made by

28   defendants and the United States are well-taken.  CATs has not cited any authority that supports

its request for an order requiring defendants to produce a copy of the payment plan at issue and requiring the government to file annual statements to the Court regarding the status of defendants' payments pursuant to the payment plan.  The provisions of the Clean Water Act that CATs cites in its administrative motion require that certain notices be provided to the United States upon the filing or settlement of a citizen suit under the Clean Water Act; those provisions do not support the issuance of the order that CATs requests.  *See* 33 U.S.C. §§ 1365(b)(1)(A) and 1365(c)(3).

Accordingly, the Court **DENIES** CATs' administrative motion.

**IT IS SO ORDERED.**

Dated: April 1, 2024

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**