# **EXHIBIT 4 FOLLOWS THIS PAGE**

| | |
|---|---|
| **From:** | William Carlon |
| **To:** | Paul Heagerty; William Verick; David Williams; brian |
| **Cc:** | Allison Jackson |
| **Subject:** | Re: CATS v Kernen Construction Co. |
| **Date:** | Friday, December 20, 2024 4:05:49 PM |

Allison,

Thank you for your letter. I am leaving for the holidays and will be back on the 30th. I will respond when I get back.

**From:** Paul Heagerty <pheagerty@harlandlaw.com>
**Sent:** Friday, December 20, 2024 11:51 AM
**To:** William Carlon <william@carlonlaw.com>; William Verick <wverick@igc.org>; David Williams <dhwill7@gmail.com>; brian <brian@brianacree.com>
**Cc:** Allison Jackson <ajackson@harlandlaw.com>
**Subject:** CATS v Kernen Construction Co.

Good Morning:

Please see the attached meet and confer correspondence from Allison Jackson.

Best Regards,

## Paul Heagerty

Paralegal

## Harland Law Firm LLP

212 G Street, Suite 201
Eureka, California 95501-0420
Telephone: 707.444.9281
Facsimile: 707.445.2961
www.harlandlaw.com

CONFIDENTIALITY STATEMENT:
This message may be confidential and privileged. Use or disclosure by anyone other than the intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email.