# EXHIBIT 6 FOLLOWS THIS PAGE

| **From:** | William Verick |
|---|---|
| **To:** | Allison Jackson; William Carlon; Paul Heagerty; David Williams; brian |
| **Subject:** | Re: CATS v Kernen Construction Co. |
| **Date:** | Monday, December 23, 2024 9:46:42 AM |

So far, of the lawyers who are working on this case, a quick canvass finds none of us have any of those financial documents.  We are checking with Andrew Packard to see if he has any of them.

On 12/22/2024 3:34 PM, Allison Jackson wrote:

Gentlemen:

You can at least tell me where my clients financial data is that by court order you have not complied with returning or destroying. Who has copies of this data? How many people?   The rest can wait until you get back, but I need the information as to where my clients financial data is now.

Allison Jackson.

Get Outlook for iOS

**From:** William Carlon <william@carlonlaw.com>
**Sent:** Friday, December 20, 2024 4:05:34 PM
**To:** Paul Heagerty <pheagerty@harlandlaw.com>; William Verick <wverick@igc.org>; David Williams <dhwill7@gmail.com>; brian <brian@brianacree.com>
**Cc:** Allison Jackson <ajackson@harlandlaw.com>
**Subject:** Re: CATS v Kernen Construction Co.

Allison,

Thank you for your letter. I am leaving for the holidays and will be back on the 30th. I will respond when I get back.

**From:** Paul Heagerty <pheagerty@harlandlaw.com>
**Sent:** Friday, December 20, 2024 11:51 AM
**To:** William Carlon <william@carlonlaw.com>; William Verick <wverick@igc.org>; David Williams <dhwill7@gmail.com>; brian <brian@brianacree.com>
**Cc:** Allison Jackson <ajackson@harlandlaw.com>
**Subject:** CATS v Kernen Construction Co.

Good Morning:

Please see the attached meet and confer correspondence from Allison Jackson.

Best Regards,

**Paul Heagerty**

Paralegal

**Harland Law Firm LLP**

212 G Street, Suite 201
Eureka, California 95501-0420
Telephone: 707.444.9281
Facsimile: 707.445.2961
www.harlandlaw.com

CONFIDENTIALITY STATEMENT:

This message may be confidential and privileged. Use or disclosure by anyone other than the intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email.