```
1  Allison G. Jackson, State Bar No. 157078
   HARLAND LAW FIRM LLP
2  212 G Street, Suite 201
   Eureka, California 95501
3  (707) 444-9281 telephone
   (707) 445-2961 facsimile
4
   Attorneys for Defendants
5  KERNAN CONSTRUCTION CO.,
   BEDROCK INVESTMENTS LLC,
6  SCOTT FARLEY and KURT KERNEN
```

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIANS FOR ALTERNATIVES TO TOXICS, | Case No. 4:20-cv-01348-YGR |
| Plaintiff, | [PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR ADMINISTRATIVE RELIEF |
| v. | |
| KERNEN CONSTRCUTION CO.; BEDROCK INVESTMENTS LLC; SCOTT FARLEY; and KURT KERNEN, | |
| Defendants. | |
| _____ / | |

AND NOW, this _____ day of March, 2025, upon consideration of DEFENDANTS KERNEN CONSTRUCTION, et.al's Administrative Motion for Relief regarding Plaintiff's failure to comply with the Protective Order ECF Doc 42 ("Administrative Motion"):

1) Defendants's motion is _____; and

2) Attorneys Andrew Packard, William Carlon, William Verick, David Williams and Brian Acree are hereby each ordered to

    a.   Produce the signed acknowledgment and receipt from attorneys David Williams and Brian Acree regarding the Protective Order signed by this Court on October 26, 2020, or show cause why that has not been done;

    b.   Attorneys Williams, Acree and Verick are ordered to disclose to the Court and to

|   |   |   |
|---|---|---|
|   |   | the Producing Party in what manner Attorney Packard or Carlon transmitted Producing Party's highly sensitive and protected financial data to them; |
|   | c. | All Attorneys are ordered to return all of the data produced pursuant to the Stipulation and Order dated October 22, 2020 and October 26, 2020 to the Producing Party; or |
|   | d. | All attorneys in this manner, Andrew Packard, William Carlson, William Verick, David Williams, and Bill Acree are each ordered to separately certify to this Court how each of the categories of protected information were destroyed by each of them and on what date and in what manner each category was destroyed. |
|   | e. | All attorneys, are also ordered to separately certify to this court, that no copies of any financial information subject to the Court's October 26, 2020 Order has been retained in any fashion. |
|   | f. | Producing Party is awarded its attorney fees and costs for its time to meet and confer and for preparing and bringing this administrative motion in an amount to be determined. |

Dated: _____

_____
Hon. Yvonne Gonzalez Rogers
United States District Judge