1  WILLIAM VERICK (State Bar No. 140972)
   Klamath Environmental Law Center
2  P.O. Box 1128
   Arcata, CA 95518
3  (707) 630-5061
   wverick@igc.org
4

5  DAVID WILLIAMS (State Bar No. 144479)
   Law Offices of David Williams
6  1839 Ygnacio Valley Road, Suite 351
   Walnut Creek, CA 94598
7  (510) 847-2356
   dhwill7@gmail.com
8

9  BRIAN ACREE (State Bar No. 202505)
   Law Office of Brian Acree
10 95 3rd Street, Second Floor
   San Francisco, CA 94103-3103
11 (510) 517-5196
   brian@brianacree.com
12

13 WILLIAM N. CARLON (State Bar No. 305739)
   Law Office of William Carlon
14 437 Post Street
   Napa, CA 94559
15 (530) 514-4115
   william@carlonlaw.com
16

17 Attorneys for Plaintiff
   CALIFORNIANS FOR ALTERNATIVES TO TOXICS

18            **UNITED STATES DISTRICT COURT**

19          **NORTHERN DISTRICT OF CALIFORNIA**

20 | CALIFORNIANS FOR ALTERNATIVES | Case No: 4:20-CV-01348-YGR |
   | TO TOXICS, | |
21 | | **DECLARATION OF ANDREW L.** |
   | Plaintiff, | **PACKARD** |
22 | | |
   | v. | |
23 | | |
24 | KERNEN CONSTRUCTION CO., et al, | |
25 | Defendants. | |
26

27

28

---

Decl. of Andrew L. Packard                    1                    Case No. 4:20-cv-01348-YGR

I, Andrew L. Packard, declare:

1.      I have personal knowledge of the facts set forth below, and if called as a witness, could and would testify to those facts under oath.

2.      I represented Plaintiff in the cases styled *Californians for Alternatives to Toxics v. Kernen Construction, Co., Bedrock Investments, LLC, Kurt Kernen, and Scott Farley*, case numbers 4:20-cv-01348-YGR and 4:16-cv-04007-YGR.

3.      In Case No. 4:20-cv-01348-YGR, the parties stipulated to a protective order that was entered by the Court.

4.      My firm received financial documents marked "Confidential" and stored them on the firm's server. From that server, the documents were made available to co-counsel for use in the litigation.

5.      My firm's server is password-protected and secured by encryption, and only authorized users can access files stored on the server. During the litigation of Case No. 4:20-cv-01348-YGR, the only people authorized to access the financial documents marked confidential were my co-counsel in the case and the attorneys at my firm.

6.      After the litigation concluded, I deleted the financial documents marked "Confidential" from my firm's server.

7.      When Plaintiff's counsel in the present case inquired about the status of the confidential financial documents, I checked my firm's server, and confirmed to them that I do not have any of the confidential financial documents in my possession.

I swear under penalty of perjury under the laws of both California and the United States that the foregoing is true and correct and that this declaration was executed on March 13, 2024 at Petaluma, California.

_____
Andrew L. Packard