WILLIAM VERICK (State Bar No. 140972)
Klamath Environmental Law Center
P.O. Box 1128
Arcata, CA 95518
(707) 630-5061
wverick@igc.org

DAVID WILLIAMS (State Bar No. 144479)
Law Offices of David Williams
1839 Ygnacio Valley Road, Suite 351
Walnut Creek, CA 94598
(510) 847-2356
dhwill7@gmail.com

BRIAN ACREE (State Bar No. 202505)
Law Office of Brian Acree
95 3rd Street, Second Floor
San Francisco, CA 94103-3103
(510) 517-5196
brian@brianacree.com

WILLIAM N. CARLON (State Bar No. 305739)
Law Office of William Carlon
437 Post Street
Napa, CA 94559
(530) 514-4115
william@carlonlaw.com

Attorneys for Plaintiff
CALIFORNIANS FOR ALTERNATIVES TO TOXICS

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIANS FOR ALTERNATIVES TO TOXICS,<br><br>        Plaintiff,<br><br>    v.<br><br>KERNEN CONSTRUCTION CO., et al,<br><br>        Defendants. | Case No: 4:20-CV-01348-YGR<br><br>**DECLARATION OF WILLIAM VERICK** |

I, William Verick, declare:

1.    I have personal knowledge of the facts set forth below, and if called as a witness, could and would testify to those facts under oath.

2.    I am one of the attorneys representing Plaintiff Californians for Alternatives to Toxics in the litigation styled *Californians for Alternatives to Toxics v. Kernen Construction Co., Bedrock Investments, LLC, Kurt Kernen, and Scott Farley*, 4:24-cv-04067-YGR.

3.    I also represented Plaintiff in the previous related cases involving the same parties, case numbers 4:20-cv-01348-YGR and 4:16-cv-04007-YGR.

4.    In Case No. 4:20-cv-01348-YGR, the parties stipulated to a protective order that was entered by the Court.

5.    The Law Offices of Andrew Packard received financial documents marked confidential and stored them on the firm's server. From that server, the documents were made available to co-counsel for use in the litigation.

6.    When Defendants inquired about the status of the financial documents, I attempted to access the online server to confirm that the files were destroyed, but I no longer have access to the server, or the files stored on that server.

7.    I checked my firm's files, and confirmed that I do not have (and never had) any of the financial documents in my possession.

I swear under penalty of perjury under the laws of both California and the United States that the foregoing is true and correct and that this declaration was executed on March 12, 2024 at Arcata, California.


_____/s/William Verick_____

William Verick