UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIANS FOR ALTERNATIVES TO TOXICS,<br><br>    Plaintiff,<br><br>vs.<br><br>KERNEN CONSTRUCTION CO., ET AL.,<br><br>    Defendants. | Case Nos.: 4:20-cv-01348-YGR; 4:24-cv-04067-YGR<br><br>**ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR DISCOVERY** |

Pursuant to Local Rule 72-1, all pending and future discovery matters in Case No. 4:20-cv-01348-YGR are **REFERRED** to Magistrate Judge Thomas S. Hixson, including defendants' outstanding administrative motion to enforce the protective order (Case No. 4:20-cv-01348-YGR, Dkt. No. 170), because he has already addressed related issues in Case No. 4:24-cv-04067-YGR. (*See* Case No. 4:24-cv-04067-YGR, Dkt. No. 53.) Magistrate Judge Hixson may issue a ruling, order additional briefing, or set a telephone conference or a hearing.

Hereafter, all further discovery matters shall be filed pursuant to Magistrate Judge Hixson's procedures. The parties shall contact Magistrate Judge Hixson's courtroom deputy for information about those procedures. Information may also be available on the court's website.

**IT IS SO ORDERED**.

Dated: November 6, 2025

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE

cc: Magistrate Judge Thomas S. Hixson