1
2
3
4
UNITED STATES DISTRICT COURT
5
NORTHERN DISTRICT OF CALIFORNIA
6
7
CALIFORNIANS FOR ALTERNATIVES
TO TOXICS,

Case No.  20-cv-01348-YGR   (TSH)

8
Plaintiff,

9
**DISCOVERY ORDER**

v.

10
Re: Dkt. No. 170

11
KERNEN CONSTRUCTION CO., et al.,

Defendants.

12
13       In ECF No. 170, Defendants have filed a motion to enforce the protective order.  The

14 primary accusation is that Plaintiff did not comply with paragraph 13, which required the return or

15 destruction of protected material within 60 days after the final disposition of this action.  ECF No.

16 42.  Paragraph 13 also required a written certification to the producing party that identified the

17 protected material that was returned or destroyed and that affirmed that the receiving party has not

18 retained any copies.  *Id*.  The specific protected material at issue in the motion is the financial

19 documents produced by Defendants.

20       Plaintiff does not dispute that it failed to submit a timely certification.  Neither is there any

21 evidence that Defendants noticed this at the time and requested a timely certification.  Thus, with

22 respect to the certification, what we have is a deadline that was missed but no evidence of bad

23 faith or anything other than inadvertence.

24       The Court does not consider the email at ECF No. 170-7 or the footnote in the letter at

25 ECF No. 170-8 to count as certifications.  But the declarations filed in response to this motion at

26 ECF Nos. 171-1 to 171-5 count as certifications.  They are not perfect because they do not

27 establish that the protected material was destroyed within 60 days after the final disposition of this

28 action, but they do show that the financial documents were maintained in a secure manner during

United States District Court
Northern District of California

the litigation, were destroyed after the litigation, and Plaintiff's counsel no longer has them.

Because Defendants now have these certifications, they are entitled to no further relief. Accordingly, their motion is **DENIED**.

**IT IS SO ORDERED.**

Dated: November 7, 2025

THOMAS S. HIXSON
United States Magistrate Judge

United States District Court
Northern District of California